**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MOHAMMAD ASHRAF** | : | |
| **MOHAMMAD OMAR,** | : | |
| Petitioner | : | |
| | : | **No. 1:23-cv-01774** |
| v. | : | |
| | : | **(Judge Kane)** |
| **WARDEN ARVIZA,** | : | |
| Respondent | : | |

## ORDER

**AND NOW**, on this 20th day of February, 2024, upon consideration of the petition (Doc.

No. 1) for writ of habeas corpus, and for the reasons set forth in the accompanying

Memorandum, **IT IS ORDERED THAT**:

1.      The petition (Doc. 1) for writ of habeas corpus is **DENIED**; and

2.      The Clerk of Court is directed to **CLOSE** this case.


s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania